(COB Form dsm13folpla)(10/09) Plan

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address:

Aaron Daniel Sherman

aka(s), if any will be listed on the following page.

Debtor(s)

|  |  |
|---|---|
| Case No.: | 10–25999–SBB |
| Chapter: | 13 |

SSN/TID
Nos.      xxx–xx–0933

## ORDER DISMISSING CHAPTER 13 CASE AFTER CONFIRMATION OF PLAN

THIS MATTER comes before the Court on the Chapter 13 Trustee's Motion to Dismiss filed by The Chapter 13 Trustee, Sally J. Zeman . Notice has been given to the debtor and debtor's counsel and the chapter 13 trustee as applicable.  No timely objection has been filed.
The court

**FINDS** that:

1. Dismissal of this case is appropriate pursuant to11 U.S.C. section 1307(c)
2. .A Plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

**IT IS THEREFORE ORDERED** that:

1. THIS CASE IS DISMISSED. The Clerk of the court shall serve this Order on all creditors and parties in interest within fourteen (14) days.

2. In accordance with 11 U.S.C. sections 349(b)(1) and (2), any transfer avoided under sections 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under section 510(c)(2), 522(i)(2) or 551 of Title 11 is reinstated; any lien voided under section 506(d) of Title 11 is reinstated; and any order, judgment or transfer ordered under sections 522(i)(1), 542, 550 or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtor(s) to the Trustee, shall revest in the Debtor(s) as of the date of this Order pursuant to 11 U.S.C. section 349.

4. WITHIN 30 days of the date of this Order, the Trustee shall distribute payments received from the Debtor(s) in accordance with the terms of the confirmed Plan. 11 U.S.C. section 1326(a)(2).

Dated:  7/10/13

FOR THE COURT:
s/ Sidney B. Brooks
United States Bankruptcy Judge

## Aliases Page

**<u>Debtor aka(s):</u>**

No Aliases for Debtor